UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

STRATEGIC VALUE GROUP, LLC           CIVIL ACTION

VERSUS          NO: 21-892

UTC LABORATORIES, LLC ET AL          SECTION: "H"(5)

## ORDER REFERRING CASE TO U.S. BANKRUPTCY COURT

Considering the Notice of Proceeding Subject to Automatic Reference to Bankruptcy Judge pursuant to Local Rule 83.4.1 (Rec. Doc. 5);

**IT IS ORDERED** that the above-captioned matter be **TRANSFERRED** to the assigned Eastern District of Louisiana United States Bankruptcy Judge for further proceedings pursuant to 28 U.S.C. § 157.

New Orleans, Louisiana this 19th day of May 2021.

_____
United States District Judge

CLERK'S OFFICE
A TRUE COPY
May 19 2021
Deputy Clerk, U.S. District Court
Eastern District Of Louisiana
New Orleans, LA

**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

CAROL L. MICHEL
CLERK

500 POYDRAS ST., ROOM C-151
NEW ORLEANS, LA 70130

May 19, 2021

Sheila Booth, Clerk
United States Bankruptcy Court
Eastern District of Louisiana
Hale Boggs Federal Building, Room B601
500 Poydras Street
New Orleans, Louisiana 70130

RECEIVED
MAY 20 2021
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

Re: Civil Action No. 21-892,H(5)
Strategic Value Group, LLC
vs.
UTC Laboratories, LLC et al

Dear Ms. Booth:

On 5/19/2021, the Honorable Jane Triche Milazzo, United States District Judge for this district, entered an order transferring the above captioned case to the United States Bankruptcy Court for the Eastern District of Louisiana.

The official court record for the Eastern District of Louisiana is the electronic case filing systems, CM/ECF. Please be advised you may access this databases to obtain original pleadings. Our web site is: http://ecf.laed.circ5.dcn. Please use your court's Pacer account and password to access these documents. If you have any problems, please do not hesitate to contact us.

Please acknowledge receipt on the enclosed copy of this letter and return to us for our files.

For questions regarding this document or transmission, please call our CM/ECF Help Desk at 504-589-7788.

Pursuant to said order, we are forwarding herewith a certified copy of the docket sheet.

Very truly yours,

CAROL L. MICHEL, CLERK

By: _____
Deputy Clerk

Enclosures

CLOSED,TRANSFER

Jump to Docket Table

# U.S. District Court
# Eastern District of Louisiana (New Orleans)
# CIVIL DOCKET FOR CASE #: 2:21-cv-00892-JTM-MBN

| | |
|---|---|
| Strategic Value Group, LLC v. UTC Laboratories, LLC et al | Date Filed: 05/04/2021 |
| Assigned to: Judge Jane Triche Milazzo | Date Terminated: 05/19/2021 |
| Referred to: Magistrate Judge Michael North | Jury Demand: None |
| Demand: $45,000 | Nature of Suit: 190 Contract: Other |
| Case in other court: Civil District Court for Orleans Parish, 20-09369 (J-15) | Jurisdiction: Federal Question |
| Cause: 28:1452a Removal of Claims Related to Bankruptcy Cases | |

**Plaintiff**

**Strategic Value Group, LLC**     represented by **Mary E. Roper**
Roper Ligh, LLC
10839 Perkins Road
Baton Rouge, LA 70810
225-338-9238
Email: mary@roperligh.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**UTC Laboratories, LLC**     represented by **Scott L. Sternberg**
Sternberg, Naccari & White LLC
935 Gravier Street
Suite 2020
70112
New Orleans, LA 70130
504-331-0888
Fax: 504-534-8961
Email: scott@snw.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin E. Alsterberg**
Sternberg, Naccari & White, LLC (New Orleans)
935 Gravier St.
Suite 2020
New Orleans, LA 70112
504-383-9714
Email: ja@snw.law
*ATTORNEY TO BE NOTICED*

**M. Suzanne Montero**
Sternberg Naccari & White
Sternberg Naccari & White
935 Gravier Street
Suite 2020
New Orleans, LA 70112
504-308-1395
Fax: 504-534-8961
Email: suzy@snw.law
*ATTORNEY TO BE NOTICED*

**Michael Sam Finkelstein**
Sternberg, Naccari & White, LLC
935 Gravier Street, Suite 2020
New Orleans, LA 70112
504-324-2141
Fax: 504-534-8961
Email: michael@snw.law
*ATTORNEY TO BE NOTICED*

**Defendant**
**Prima Health, LLC**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/04/2021 | 1 | NOTICE OF REMOVAL from Civil District Court for Orleans Parish, case number 2020-9369 (Filing fee $ 402 receipt number ALAEDC-8845881) filed by UTC Laboratories, LLC. (Attachments: # 1 State Court Pleadings, # 2 Civil Cover Sheet)Attorney Michael Sam Finkelstein added to party Prima Health, LLC(pty:dft), Attorney Michael Sam Finkelstein added to party UTC Laboratories, LLC(pty:dft).(Finkelstein, Michael) Modified on 5/5/2021 (bm). (Entered: 05/04/2021) |
| 05/05/2021 | 2 | Initial Case Assignment to Judge Jane Triche Milazzo and Magistrate Judge Michael North. (cc) (Entered: 05/05/2021) |
| 05/05/2021 | 3 | Directive of the Clerk regarding compliance with 28:1447(b) re: 1 Notice of Removal, filed by UTC Laboratories, LLC. By the Clerk. (bm) (Entered: 05/05/2021) |
| 05/14/2021 | 4 | Notice of Compliance by UTC Laboratories, LLC re 1 Notice of Removal. (Attachments: # 1 State Court Pleadings)(Finkelstein, Michael) Modified text on 5/17/2021 (am). (Attachment 1 replaced on 5/17/2021) (am). (Entered: 05/14/2021) |
| 05/17/2021 | 5 | NOTICE of Proceeding Subject to Automatic Reference to Bankruptcy Judge Pursuant to Local Rule 83.4.1 by UTC Laboratories, LLC re 1 Notice of Removal, . (Finkelstein, Michael) Modified text on 5/17/2021 (am). (Entered: 05/17/2021) |
| 05/19/2021 | 6 | Case transferred to Eastern District of Louisiana United States Bankruptcy Court. Signed by Judge Jane Triche Milazzo on 5/19/2021. (Attachments: # 1 Transfer Ltr to Bankruptcy Court)(am) (Entered: 05/19/2021) |

Strategic Value Group, LLC v. UTC Laboratories, LLC et al (2:21-cv-00892-JTM-MBN)